# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-5881
_____

SYLVESTER L. BROWN,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____


Petition for Writ of Certiorari – Original Jurisdiction.

January 31, 2018


PER CURIAM.

DENIED.

ROBERTS, RAY, and OSTERHAUS, JJ., concur.


_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Sylvester L. Brown, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Gayla Grant, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.